NO. 05-14-00777-CR

| | | |
|---|---|---|
| MICHAEL J. MARBLE | § | IN THE TEXAS COURT |
| PETITIONER | § | |
| | § | |
| VS. | § | OF |
| | § | |
| THE STATE OF TEXAS | § | CRIMINAL APPEALS |

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**NOV 24 2015**

**Abel Acosta, Clerk**

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now, Michael J. Marble, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support thereof would respectfully show the following:

### I.

The Petitioner was convicted in the 194th District Court of Dallas County, Texas of the offense of Capital murder in cause No. F-1352953-M, styled The State of Texas vs. Michael J. Marble. The Petitioner appealed to the Court of Appeals, Fifth Supreme Judicial District, Appeal No.05-14-00777-CR. The case was affirmed on October 30, 2015.

**FILED IN
COURT OF CRIMINAL APPEALS**

**NOV 2 - 2015**

**Abel Acosta, Clerk**

### II.

The present deadline for filing the Petition for Discretionary Review is November 30, 2015. The Petitioner has not requested any extension prior to this request.

### III.

Petitioner's request for an extension is based upon the following facts:

1. The Polunsky Unit law library access is two (2) hours per day, only five (5) days per week. Access is allowed by filing a request form (I-60), which takes one to two days to receive access.

2. Petitioner's Appellate counsel informed him that he will not represent me on the Petition for Discretionary Review.

This request is not made to harass any party to this procedding, nor to delay the legal proceedings in this cause, but requested in good-faith.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this Court grant this Motion and extend the deadline for filing the Petition For Discretionary Re-

view in this cause to December 30, 2015.

## DECLARATION

I, Michael J. Marble, do declare under penalty of perjury, that the above foregoing stated information is true and correct.

Executed this _16_, day of November, 2015.

/s/ Michael J. Marble
Signature of Affiant

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing Motion/Pleading, was forwarded to the following Party member:

1. Dallas County District Attorney's Office
   c/o: Appellate division (Department)
   133 N. RiverFront Blvd.
   Dallas, Texas 75207

Executed this _16_ day of November, 2015.

/s/ Michael J. Marble
Signature of Affiant